

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| ROOSEVELT STEWART | CIVIL ACTION NO. 04-2573-A<br>SECTION "P" |
|---|---|
| -vs- | JUDGE DRELL |
| LPN MALONE, et al. | MAGISTRATE JUDGE KIRK |

## O R D E R

This case is referred to Magistrate Judge James D. Kirk for consideration of the objections filed and exhibits attached, to result in a supplemental report and recommendation to the undersigned.

SIGNED on this 28th day of July, 2006, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE