

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ROOSEVELT STEWART,<br>Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. CV04-2573-A |
| VERSUS | |
| LPN MALONE, et al.,<br>Defendants | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE |

## JUDGMENT

For the reasons contained in the original and supplemental Reports and Recommendations of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Stewart's complaint against LPN Malone, LPN Kerry, and Nurse Rials is DISMISSED WITHOUT PREJUDICE for failure to effect service of process.

IT IS FURTHER ORDERED that defendant's motion for summary judgment is GRANTED and Stewart's motion for summary judgment is DENIED on all issues, and Stewart's action is DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana, on this 17th day of October, 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE